**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEFF BARTELS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:24-cv-11246

Judge Martha M. Pacold

**SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | Amazon.com |
| 2 | yiwushipangyandianzishangwushanghang |
| 3 | CTORCH88 |
| 4 | BYNYTO |
| 5 | Tyenaza |
| 6 | MeoIsDaBest |
| 7 | AIRNOGO |
| 8 | liukehui |
| 9 | LANTRO JS UIU |
| 10 | LikeBirthday |
| 11 | OpenMax |
| 12 | Eastood |
| 13 | Pyramid tip |
| 14 | OUNONA Direct |
| 15 | Ceiather |
| 16 | WChiho Q |
| 17 | Full of stars.min |
| 18 | MINGYIFEIER |
| 19 | YiKunBaiHuo |
| 20 | Shungite Wholesale Shop |
| 21 | TRANSTPDSJAF |
| 22 | Karelianheritage |
| 23 | TIMEGLOW |
| 24 | FANZENGXIA |
| 25 | Mr.s chen jie |
| 26 | BEETWINKLE |

| 27 | SAtinMingEnvy |
|----|---------------|
| 28 | fantasticshop |
| 29 | Fast Sell |
| 30 | junruimaoyi |
| 31 | wanningqinglikejiyouxiangongsi |
| 32 | weiqian |
| 33 | YanMaoYi |
| 34 | Aiperq |
| 35 | GeLan12 |
| 36 | XuYing12 |
| 37 | junwangshangmao |
| 38 | LDIHAO |
| 39 | Tartikaily |
| 40 | minggaowujinzhipin |
| 41 | HYYFirst |
| 42 | WangShuang12 |
| 43 | jingjinxinnengyuan |
| 44 | cckkykgn |
| 45 | chengnuozhaoming |
| 46 | canglongfanshangmao |
| 47 | jinanshannantiyuqicai |
| 48 | xiongdasujiaozhipin |
| 49 | HRHousruse |
| 50 | kaiziw store |
| 51 | XJ-ZZYIQ |
| 52 | guangzhouqiqinmaoyi |
| 53 | meilichangfushi |
| 54 | yitaozhuangshigongcheng |
| 55 | guangzhouzhidongshangmao |
| 56 | HXW |
| 57 | xiliushangmao |
| 58 | LXW |
| 59 | wantangzidonghuashebeikeji |
| 60 | hangzhouyiluxiangbeishangmao |
| 61 | Nicai stainless steel |
| 62 | szzhuangmeilicailiao |
| 63 | JIYUFUSHI |
| 64 | leyao(huizhou)keji |
| 65 | wangdatiyuyongpin |
| 66 | Flying |
| 67 | XJJ NHYG |
| 68 | hezhiyindianzi |
| 69 | gaoshengchanglvcai |

| | |
|---|---|
| 70 | Wuuuyi earphone |
| 71 | BAOJIU store |
| 72 | Jinshisheng |
| 73 | YangMei12 |
| 74 | cidaikuishangmao |
| 75 | ZUISDAHFGBHG |
| 76 | WXW |
| 77 | hecongzi19720113 |
| 78 | jinwenliumaoyiyouxiangongsi |
| 79 | Aissdra Receiver |
| 80 | zhaoqingshirishengchangmaoyi |
| 81 | libiaoshangmao |
| 82 | xiongdingshangmaogongsi |
| 83 | foshanshijixushuashangmao |
| 84 | wenbokejiyouxiangongsi |
| 85 | itacadapter |
| 86 | YYPW |
| 87 | dongweiheijinshangmao |
| 88 | Powkky Energy |
| 89 | TaiYuanShiDanYouShangMao |
| 90 | foshanshiweipiqiaoshangmao |
| 91 | HGYW |
| 92 | HURANJIGN |
| 93 | dachengsuye |
| 94 | tingzhenshangmao |
| 95 | yaoluochuanmei |
| 96 | Jinkang |
| 97 | QTDWEM |
| 98 | honggeshangpinzhizhipin |
| 99 | HyunXiang |
| 100 | hongjutongkejiyouxiangongsi |
| 101 | xinqidianzishangwu |
| 102 | zhangxiaoxiangmaoshangmao |
| 103 | erguniangmaoyeshanghang |
| 104 | zhiyimoushangmao |
| 105 | GG Bond |
| 106 | Aiperq- |
| 107 | shengtaishangmao |
| 108 | BeiKAI |
| 109 | mengdilengshangmao |
| 110 | Mianqishangmaohang |
| 111 | HongDongXianTeSaDianZi |
| 112 | zhanglengpanshangmao |

| | |
|---|---|
| 113 | HBX |
| 114 | zhenfengshangmao |
| 115 | yanwenshizhuanggongzuoshi |
| 116 | Langzhongshangmaoltd |
| 117 | CLW |
| 118 | qixiaomaoyi |
| 119 | PXW |
| 120 | xixishangmao |
| 121 | ruisiweikejiyouxiangongsi |
| 122 | yiruntangshengwukeji |
| 123 | Jinyangkejiltd |
| 124 | GMGQJDS |
| 125 | Binzhouyixin |
| 126 | sichuanxinshengyu |
| 127 | weilejianzhugongcheng |
| 128 | longqimaoyi |
| 129 | W1P |
| 130 | Erjinpenm |
| 131 | Changmusheng |
| 132 | Hearite |
| 133 | Lhiodmall |
| 134 | Miangastore |
| 135 | Bicheness |
| 136 | Tarshphine |
| 137 | Rushijin |
| 138 | Hareemi |
| 139 | HOKARUA |
| 140 | Murdoffiu |
| 141 | Mizhichuiyu |
| 142 | Gonyden |
| 143 | KEWENN |
| 144 | PeggyDoll |
| 145 | Chuangji |
| 146 | Baixuntong |
| 147 | JiaHuin |
| 148 | WUNNO |
| 149 | Rejuvena |
| 150 | GERUINJ |
| 151 | Ulthilift |
| 152 | AntiGuyue |
| 153 | LongYTong |
| 154 | SHLT Mall |
| 155 | Bbanquetan |

| | |
|---|---|
| 156 | Weisidun |
| 157 | Zweiton |
| 158 | Yanxinjia |