IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFF BARTELS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-11246

Judge Martha M. Pacold

Magistrate Judge Jeffrey T. Gilbert

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | Tyenaza |
| 7 | AIRNOGO |
| 11 | OpenMax |
| 13 | Pyramid tip |
| 15 | Ceiather |
| 16 | WChiho Q |
| 17 | Full of stars.min |
| 72 | Jinshisheng |
| 130 | Erjinpenm |
| 131 | Changmusheng |
| 132 | Hearite |
| 133 | Lhiodmall |
| 134 | Miangastore |
| 135 | Bicheness |
| 136 | Tarshphine |
| 137 | Rushijin |
| 138 | Hareemi |
| 139 | HOKARUA |
| 140 | Murdoffiu |

| | |
|---|---|
| 141 | Mizhichuiyu |
| 142 | Gonyden |
| 143 | KEWENN |
| 144 | PeggyDoll |
| 145 | Chuangji |
| 146 | Baixuntong |
| 147 | JiaHuin |
| 148 | WUNNO |
| 149 | Rejuvena |
| 150 | GERUINJ |
| 151 | Ulthilift |
| 152 | AntiGuyue |
| 153 | LongYTong |
| 154 | SHLT Mall |
| 155 | Bbanquetan |
| 156 | Weisidun |
| 157 | Zweiton |
| 158 | Yanxinjia |

DATED: March 5, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 5, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt